MARGARET WELTICK, by Her Guardian ad Litem, HARRY WELTICK, and HARRY WELTICK, Respondents, v. CARMINO TUFANO, Appellant.— Order denying motion to dismiss the second cause of action in the complaint affirmed, without costs, with leave to defendant to answer within ten days from the entry of the order herein. No opinion. Summons amended under section 105 of the Civil Practice Act, by adding thereto as a plaintiff the name of Harry Weltick upon the ground that the name was omitted through mistake or inadvertence. Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ., concur.

IDA WINOFSKY, Appellant, v. ROSE GOTTLIEB, Defendant, and SLAVIN & LEICHTMAN, as Attorneys, Respondents.— Order and order on reargument modified by reducing the lien of the respondents to fifteen per cent of any amount received either in settlement or upon recovery, and as so modified affirmed, without costs. No opinion. Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ., concur.

MAX ARBERMAN, an Infant, etc., Respondent, v. RUPP BROTHERS MOTOR SALES CORPORATION and WILLIAM METZGER, Appellants.— Application granted.

ROSE FAITH and THEODORE FAITH, Appellants, v. BISHOP, McCORMICK & BISHOP, Respondent.— Application denied, with ten dollars costs.

JOHN KOPOZINSKI, Respondent, v. UNION RAILWAY COMPANY OF NEW YORK CITY, Appellant.— Application granted.

JOSEPH LIPSHUTZ, Doing Business as THE PERRY WATCH COMPANY, Respondent, v. CHARLES P. GOLDSMITH, Appellant.— Application denied, with ten dollars costs.

GERTRUDE W. ADAMS, as Administratrix, etc., of SANDY ADAMS, Deceased, Respondent, v. ELLIOTT JAMISON and VIOLA JAMISON, Appellants.— Order setting aside verdict and granting a new trial unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

WILLIAM G. BENZ, Respondent, v. MARMON AUTOMOBILE COMPANY OF NEW YORK, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Tompkins and Davis, JJ.

SAMUEL BERKOWITZ, Respondent, v. LENA BERKOWITZ, Appellant.— Judgment modified so as to provide that appellant be allowed twenty dollars a week for her support from March 17, 1931, and as so modified unanimously affirmed, in so far as appealed from, with costs to appellant; the arrears that shall have accrued at that rate between March seventeenth and the date of the order entered herein to be paid by respondent at the rate of an additional five dollars a week until such arrears shall have been paid. In our opinion it follows, from the decree of separation in the wife's favor, that she is entitled to reasonable alimony. Conclusion of law numbered third is reversed and the following conclusion substituted: " Third. That the defendant herein shall receive alimony at the rate of $20 a week." Present — Lazansky, P. J., Hagarty, Carswell, Tompkins and Davis, JJ.